IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANBINDER SINGH MINHAS,  )<br>                             )<br>          Plaintiff,       )<br>                             )<br>     v.                     )<br>                             )<br>TOM VILSACK, in his capacity as  )<br>Secretary of the United States  )<br>Department of Agriculture,   )<br>                             )<br>          Defendant.        )<br>_____) | 2:11-cv-03200-GEB-EFB<br><br><u>ORDER DENYING PLAINTIFF'S EX</u><br><u>PARTE APPLICATION FOR AN</u><br><u>ORDER SHORTENING TIME</u> |

On December 3, 2011, Plaintiff filed an "Ex Parte Application for Order Shortening Time for Hearing on Motion to Stay Six-Month SNAP Disqualification Pending De Novo Review". (ECF No. 8.) "Plaintiff requests that the Court set a hearing on or before December 9, 2011." Id. 1:27-28. Defendant filed an opposition to Plaintiff's application arguing no motion to stay has yet been filed and, under 7 U.S.C. § 2023(a)(17), a motion to stay "must be made on not less than ten days' notice." (ECF No. 9.)

Plaintiff has not filed a motion to stay. Therefore, the notice requirement in 7 U.S.C. § 2023(a)(17) need not be addressed, and Plaintiff's application is DENIED.

Dated:  December 5, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge