KNOX, LEMMON, ANAPOLSKY & SCHRIMP, LLP
THOMAS S. KNOX, SB # 073384
STEPHEN J. BYERS, SB # 245607
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991
Email:  sbyers@klalawfirm.com

Attorneys for Plaintiff MANBINDER SINGH MINHAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANBINDER SINGH MINHAS,<br><br>             Plaintiff,<br><br>v.<br><br>TOM VILSACK, in his capacity as Secretary of the United States Department of Agriculture<br><br>             Defendant. | Case No. 2:11-cv-03200-GEB-EFB<br><br>**STIPULATION FOR ISSUANCE OF ORDER SHORTENING TIME FOR HEARING ON MOTION TO STAY SIX-MONTH SNAP DISQUALIFICATION**<br><br>**Complaint Filed:**     December 1, 2011 |

Plaintiff, MANBINDER SINGH MINHAS, an individual ("Plaintiff"), as owner of Dawes Wine & Spirits, and Defendant TOM VILSACK, in his capacity as Secretary of the United States Department of Agriculture ("Defendant") hereby stipulate, through their undersigned counsel, that an order shortening time issue so that the court will hear Plaintiff's Motion to Stay his six-month disqualification from participating in the Supplemental Nutrition Assistance Program, 7 U.S.C. § 2011 *et seq.*, on December 19, 2011 at 9:00 a.m. in Courtroom 10 on the 13th Floor, located at 501 I Street, Sacramento, California 95814.

Defendant must file any opposition papers to Plaintiff's Motion to Stay no later than Thursday, December 15, 2011.  Plaintiff hereby waives his right to file a reply brief.

Knox, Lemmon, Anapolsky & Schrimp, LLP
300 Capitol Mall, Suite 1125, Sacramento, CA 95814
Tele: (916) 498-9911 Fax: (916) 498-9991

Alternatively, if the court is unable or unwilling for any reason to set the hearing for December 19, the parties hereby stipulate through their undersigned counsel that the court will hear Plaintiff's Motion to Stay his six-month disqualification from participating in the Supplemental Nutrition Assistance Program, 7 U.S.C. § 2011 *et seq*., as soon as possible. In that event, the hearing will take place on December 19, 2011 at 9:00 a.m. in Courtroom 10 on the 13th Floor, located at 501 I Street, Sacramento, California 95814. Defendant must file any opposition papers no later than December 15, 2011, no later than 12:00 noon.

Dated: December 12, 2011          KNOX, LEMMON, ANAPOLSKY & SCHRIMP, LLP


By:_____/s/ Stephen J. Byers_____
    STEPHEN J. BYERS Attorneys for Plaintiff
    MANBINDER SINGH MINHAS

Dated: December 12, 2011          BENJAMIN B. WAGNER
                                  United States Attorney


By:_____/s/ Sylvia Quast_____
    SYLVIA QUAST
    Assistant U.S. Attorney

**IT IS SO ORDERED**:

**Date: 12/13/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge